UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TINO MCGEE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:17-CV-00201-SNLJ |
| EDWIN WOLFGRAM, et al., | ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's submission of a civil complaint. Plaintiff has neither paid the statutory filing fee nor filed a CJA23 Financial Affidavit to accompany his motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the filing fee or submit his CJA23 Financial Affidavit within thirty (30) days of the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to plaintiff a blank form CJA23 Financial Affidavit.

**IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to either pay the statutory filing fee of $400, or to submit a completed form CJA23 Financial Affidavit.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court may dismiss this action without prejudice.

Dated this 17th day of January, 2017.

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**